## Commonwealth *v.* Boger, Appellant.

Submitted April 17, 1969. *Alan Frank,* for appellant; *Charles B. Watkins,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order and judgment of sentence affirmed.